UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| KEVIN BEARY, SHERIFF OF ORANGE COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, §§§§§§ | |
| PLAINTIFF, §§ | CIVIL ACTION NO. C2 06 967 |
| v. §§ | |
| NATIONWIDE LIFE INSURANCE CO., NATIONWIDE RETIREMENT SOLUTIONS, INC., and NATIONWIDE FINANCIAL SERVICES, INC., §§§§§§ | |
| DEFENDANTS. § | |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Notice is hereby given that Kevin Beary, Sheriff of Orange County, Florida, in his official capacity, individually and on behalf of all others similarly situated, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion and Order of September 17, 2007 granting Defendant's Motion to Dismiss, the Court's Judgment of September 17, 2007 dismissing this case, and the Court's Opinion and Order of September 15, 2008 denying Plaintiff's Motion to Vacate and for Leave to File Amended Complaint.

Dated this 15th day of October, 2008.

Respectfully submitted,

/s/  Jeffrey C. Engerman

Marc R. Stanley
Roger L. Mandel

- 2 -

Martin Woodward
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)

Scott E. Smith (003749)
Trial Attorney
SMITH, PHILLIPS & ASSOC.
1225 Dublin Road
Columbus, Ohio 43215
614-846-1700
614-486-4987 (Fax)

Allen C. Engerman
LAW OFFICES OF ALLEN C. ENGERMAN, P.A.
Sanctuary Centre
4800 North Federal Highway, Suite 100-D
Boca Raton, Florida 33431
561-392-2222
561-392-2123 (Fax)

Jeffrey C. Engerman
LAW OFFICES OF JEFFERY C. ENGERMAN, PC
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
310-207-7777
310-207-7779 (Fax)

Edward Siedle
79 Island Drive South
Ocean Ridge, Florida 33435
561-202-0919
561-202-0191 (Fax)

*Plaintiff's Counsel*

- 3 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons:

    Quintin Franc Lindsmith (qlindsmith@bricker.com, cwarner@bricker.com)
    Sommer Lynn Sheely (ssheely@bricker.com, dthompson@bricker.com)
    Bricker & Eckler LLP
    100 South Third Street
    Columbus, Ohio 43215
    614- 227-2390 (Facsimile)

    Tori Kim (tori.kim@wilmerhale.com)
    Charles Platt (charles.platt@wilmerhale.com)
    Wilmer Butler Pickering Hale and Dorr LLP
    399 Park Avenue
    New York, New York 10022
    212-230-8888 (Facsimile)

    Mark Bieter (mark.bieter@wilmerhale.com)
    Heath Brooks (heath.brooks@wilmerhale.com)
    Daniel Squire (daniel.squire@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
    202-663-6363 (Facsimile)

DATED:  October 15, 2008

                                                      /s/  Jeffrey C. Engerman
                                                      Jeffrey C. Engerman