# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 08-4476

_____

Filed: March 03, 2010

JERRY L. DEMINGS, Sheriff of Orange County Florida,

    Plaintiff - Appellant

v.

NATIONWIDE LIFE INSURANCE COMPANY; NATIONWIDE RETIREMENT SOLUTIONS, INC.; NATIONWIDE FINANCIAL SERVICE, INC.,

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 02/03/2010 the mandate for this case hereby issues today.

COSTS:  None

Filing Fee ........................$
Printing ..........................$

      Total ....................$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: March 03, 2010

Mr. James Bonini
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

        Re: Case No. 08-4476, *Jerry L. Demings v. Nationwide Life Insurance Comp, et al*
            Originating Case No. : 06-00967

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Laura A. Jones
                                        Case Manager
                                        Direct Dial No. 513-564-7023
                                        Fax No. 513-564-7098

cc: Mr. Vladimir P. Belo
     Mr. Mark L. Bieter
     Mr. Heath A. Brooks
     Mr. Allen C. Engerman
     Mr. Jeffrey C. Engerman
     Mr. Quintin F. Lindsmith
     Mr. Roger Leon Mandel
     Mr. Charles C. Platt
     Mr. Daniel Harris Squire

Enclosure